IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NAUTILUS INSURANCE COMPANY | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | No. 16-4839 |
| | : | |
| BIKE & BUILD, INC., et al. | : | |

## ORDER

AND NOW, this 17th day of October, 2018, upon consideration of the Motions for Summary Judgment filed by Plaintiff Nautilus Insurance Company (Nautilus), Defendant/Crossclaimant United Specialty Insurance Company (United Specialty), and Defendant/Counterclaimant Bike & Build, Inc. (Bike & Build), the briefing on the Motions, and the parties' presentations at oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Nautilus's and United Specialty's Motions for Summary Judgment (Documents 46 and 43) are GRANTED. Judgment is entered in favor of Nautilus on its claim against Bike & Build and in favor of United Specialty on its crossclaim against Bike & Build.

- Nautilus and United Specialty have no duty or obligation to defend, indemnify, or provide coverage to Bike & Build for the claims asserted against Bike & Build by Bridget Anderson in the lawsuit filed in the Court of Common Pleas of Philadelphia County captioned *Anderson v. Bike & Build, Inc.*, Civil Action No. 160601404.

- Bike & Build's Motions for Summary Judgment (Documents 44 and 45) are DENIED.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.